No. 95–5601. BELL v. HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–5602. JANNEH v. CSH-1 HOTEL LIMITED PARTNERSHIP, DBA HOLIDAY INN ARENA ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–5607. HARRIS v. CHICAGO POLICE DEPARTMENT. C. A. 7th Cir. Certiorari denied.

No. 95–5611. HOLLOWAY v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–5612. HINES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5614. EMMETT v. LAWRY'S RESTAURANTS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5631. THOMAS v. NULL ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5636. BAIRD v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 95–5653. SARANDOS v. CITY OF VISALIA, CALIFORNIA, ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 95–5669. FIELDS v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 95–5677. FERRIS v. SGS-THOMSON MICROELECTRONICS, INC. C. A. 5th Cir. Certiorari denied.

No. 95–5685. BURRIS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 95–5693. COUSINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5701. TSIMBIDAROS v. DEPARTMENT OF JUSTICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–5719. SOLIMINE v. FEDERAL BUREAU OF INVESTIGATION ET AL. C. A. 1st Cir. Certiorari denied.